IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| **REEBOK EASYTONE LITIGATION**, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-MC-1-L** |
| | § | |
| **NIKKI JOHNSON**, | § | |
| Movant. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), **Motion to Quash Deposition**, filed **January 5, 2012**, is

hereby **referred** to United States Magistrate Judge **Paul D. Stickney** for hearing, if necessary, and

determination.  This order of reference also prospectively refers all procedural motions that are

related to the referred motion to the United States Magistrate Judge for resolution.  All future filings

regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge"

– not to the district judge or court – and shall be accompanied by a transmittal letter addressed to

the magistrate judge so that filings will reach him without delay.

**It is so ordered** this 6th day of January, 2012.


_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order of Reference - Solo Page**