# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REEBOK EASYTONE LITIGATION | § | Case No. 3:12-MC-00001-L (BF) |

## ORDER

Pursuant to the District Court's Orders of Reference, Movant Nikki Johnson's Motion to Quash Deposition (doc. 1) was referred to the United States Magistrate Judge. This motion was filed on January 5, 2012 and requests the Court to quash the deposition subpoena issued to Ms. Nikki Johnson. The Court previously entered an order staying the deposition that was scheduled for January 6, 2012. After careful consideration of the motion, response, and reply, the Court DENIES the motion. The Court finds that class counsel is entitled to take the deposition of Ms. Nikki Johnson. It is, hereby, ORDERED that the deposition shall be taken by February 1, 2012, if Plaintiff still wishes to depose Ms. Johnson. It is, further, ORDERED that each party shall bear its own costs and expenses in regards to the stayed deposition and the Motion to Quash Deposition.

SO ORDERED, January 18, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE