# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:  Reebok Easytone Litigation | Cause No. 3:12-MC-00001-L |
| | Underlying Case No. 10- CV-11977 (Mass) |
| | **CLASS ACTION** |

## MOTION TO LIMIT DEPOSITION

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW,  Nikki Johnson, Movant, and files this Motion to Limit the Time and Scope of her deposition and would respectfully show unto the Court the following:

1. Nikki Johnson ("Johnson") is a member of the Class. Johnson received a class action notice that she was a member of the Class.

2. Johnson filed an objection to the settlement and subsequently was noticed for her deposition by Class Counsel.

3. Johnson moved to quash the deposition, but the Court allowed the deposition to be taken, Dkt 6.

4. Class Counsel provided dates and Johnson has provided a date of January 30, 2012, for her deposition which was a date acceptable to Class Counsel.

5. The Honorable F. Dennis Saylor IV conducted the fairness hearing in the underlying class action and on January 19, 2012 approved the settlement.  See Cause No. 4:10-cv-11977-FDS in the United States District Court for the District of Massachusetts, Dkt 74 and 75.

6. When confronted with a similar request in the underlying class action the United States District Court for the Southern District of Texas, Corpus Christi Division, limited the length of the deposition of the objector Lori Rivero to 45 minutes. See Dkt 4 Exhibit I page 41.

7. Johnson requests the Court to limit the length of the deposition to one hour or less and that the questions be limited to Johnson's grounds for her objection.

8. One of the firms representing the class is Milberg LLP and Johnson has an appeal pending in the United States Court of Appeal 9th Circuit In re: THE NVIDIA GPU LITIGATION, Cause Numbers 11-15182, 11-15186 11-15190, 11-11-11592 and 11-15198 in which Millberg LLP is Class Counsel All briefs have been filed and the parties are awaiting argument. Johnson specifically requests the Court order that no questions be asked of Johnson relating to that case in any manner whatsoever.

## **RELIEF**

Movant requests the Court to limit the scope of the deposition to the grounds for her objection and that the time of the deposition be limited to less than one hour, and for further relief as necessary.

Respectfully submitted,

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.
S.B. 04964400
4934 Tremont
Dallas, TX 75214
(469) 531-3313  FAX: (214) 855-7878
tcox009@yahoo.com

**CERTIFICATE OF CONFERENCE**

I spoke with opposing counsel on Wednesday, January 18, 2012, regarding the matters set forth in the foregoing motion and no agreement could be reached thereon.

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served upon the following by ECF on this the 20th day of January, 2012.

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr