IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REEBOK EASYTONE LITIGATION | § | Case No. 3:12-MC-00001-L (BF) |

### ORDER

Pursuant to the District Court's Standing Order of Reference, Movant Nikki Johnson's Motion to Limit Deposition (doc. 7) was referred to the United States Magistrate Judge. This motion was filed on January 20, 2012, and requests the Court to limit the length of Ms. Nikki Johnson's deposition which is scheduled for January 30, 2012. After careful consideration of the motion and response, the Court DENIES the motion. There is no evidence suggesting that the deposition will be overly lengthy, and the Court notes that the deposition is scheduled for 1:00 p.m. and Plaintiff's counsel is flying back to Chicago that same evening. It is, hereby, ORDERED that the motion shall be DENIED and the only limits imposed on the deposition are those contained in the Federal Rules of Civil Procedure.

SO ORDERED, January 27, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE